In the Matter of the Application of ISAAC J. MARTINSON for a Review of the Determination of the Board of Regents Suspending the Applicant's License to Practice Medicine for One Year.— Motion for stay denied.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. BERNARD C. MURRAY, Alias HENRY E. MANNING, Appellant.— Motion for permission to appeal on typewritten papers granted.

THE PEOPLE OF THE STATE OF NEW YORK v. JAMES ROBINSON, Defendant.— Motion for permission to appeal on typewritten papers granted.

F. AMBROSE HAUGHEY and Another, Respondents, v. BELMONT QUADRANGLE DRILLING CORPORATION, Appellant.— Motion for reargument denied, with ten dollars costs. Motion for leave to appeal to the Court of Appeals denied.

HELEN SLUSARZ, as Administratrix, etc., of ALFRED SLUSARZ, Deceased, Respondent, v. GERTRUDE D. MARSHALL and Another, as Executrices, etc., of FRANK KASSON, Deceased, CHARLES MARSHALL, JOHN KASSON and AUSTIN KASSON, Appellants.— Motion for leave to appeal to the Court of Appeals denied, with ten dollars costs.

In the Matter of the Claim of FRANK J. MALONE, Respondent, against CITY OF NEW YORK, Employer, and STATE INSURANCE FUND, Appellant. STATE INDUSTRIAL BOARD, Respondent.— Appeal from an award of disability benefits, noticed by the State Industrial Board on February 5, 1938, under the Workmen's Compensation Law. This is a reargument. [See 255 App. Div. 743; 256 id. 853.] By its decision dated September 28, 1938, this court affirmed this award on the authority of *Matter of Miller* v. *State of New York* (253 App. Div. 182). On November 29, 1938, the Court of Appeals [279 N. Y. 74] reversed the decision of this court in the *Miller* case, holding in effect that Miller, an employee in the office of the register of the county of New York, was a county and not a State employee. The claimant here was employed as a court attendant in the Court of General Sessions of County of New York. Award affirmed, with costs to the State Industrial Board. Hill, P. J., Crapser, Bliss and Heffernan, JJ., concur.

In the Matter of the Claim of THOMAS SACHKOWSKY, Respondent, against WILLIAM GOMBERT, Appellant. STATE INDUSTRIAL BOARD, Respondent.— Motion for leave to appeal to the Court of Appeals denied. All concur, except McNamee, J., who dissents on the ground that the finding of the Board is in derogation of the right of private contract; there is nothing in the Workmen's Compensation Law, and there could be no valid provision therein, curtailing the right of private contract, and votes to grant the motion.

In the Matter of the Judicial Settlement of the Accounts of EDWARD P. LYNCH, as Executor, and HELEN G. LYNCH, as Executrix of the Deceased Executor, in the Estate of ANNIE L. HOLLENBECK, Deceased.— Motion for reargument denied, with ten dollars costs. Motion for leave to appeal to the Court of Appeals denied.